John T. Walsh, St. Louis, E. Darrell Davis, Jr., St. Charles, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and KENT E. KAROHL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Victor Foods, Inc., appeals from summary judgment entered on four counts, as follows: Count VI, Civil Conspiracy; Count VII, Prima Face Tort; Count VIII, Fraud; and Count IX, Negligent Misrepresentation.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

W. Morris Taylor, Gerald A. Sims, Jr., Clayton, for appellant.

James W. Erwin, John R. Musgrave, St. Louis, Matthew J. Darrough, Nelson L. Mitten, Thomas R. Carnes, Elizabeth Ann Bodnam, James O. Hacking, John E. Bardgett, Clayton, for respondent.

Before: GARY M. GAERTNER, P. J., RHODES RUSSELL, J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Richard Kline appeals from the judgment entered on a jury verdict finding for Riezman & Blitz on its claim for legal fees and expenses and against Kline on his counterclaim for legal malpractice.

No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).

■

**RIEZMAN & BLITZ, P.C.,**
Respondent/Cross–
Appellant,

v.

**Richard KLINE, Appellant/Cross–**
Respondent.

No. 74554.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 22, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 17, 1999.

Application for Transfer Denied
Sept. 21, 1999.

■

**HIDDEN VALLEY FISHING
CLUB, Respondent,**

v.

**Leroy SADDLER and Viola
Saddler, Appellants.**

No. 74493.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 22, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1999.

Application for Transfer Denied
Sept. 21, 1999.